**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., Suite #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNIE RAY FOSTER,<br><br>                 Plaintiff,<br><br>vs.<br><br>MING MA an individual; and DOES I through X inclusive,<br><br>                 Defendants. | CASE NO.: 2:23-CV-00004-ART-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO STAY ALL DISCOVERY AND THE FILING OF A DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

     COMES NOW Plaintiff ERNIE RAY FOSTER and Defendant MING MA by and through their respective counsel, hereby agree and stipulate as follows:

     IT IS HEREBY AGREED AND STIPULATED, by and between the parties hereto, through their respective counsel and subject to the Court's approval, that the parties stay all discovery and the filing of a discovery plan and scheduling order pending the outcome of the Motion to Dismiss filed by the Defendant (ECF NO. 13).

/ / /

/ / /

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax (702) 425-7290

foster.federalcourt.stip04.24.mw.wpd

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax (702) 425-7290

1

2       The parties have good cause for requesting the stay, as all claims or issues in this case will be

3   resolved if the pending Motions are granted.  The parties believe a stay of the matter to be

4   appropriate to conserve judicial resources.  The parties have entered into the agreement in good faith

5   and not for purposes of delay.

6

7       DATED this 1st day of May, 2024.

8

9   Law Offices of Michael J. Harker. Esq.       Law Offices of Michael F. Bohn, Esq., LTD

10

11  By: _Michael J. Harker_          By: _ Michael F. Bohn_
    Michael J. Harker, Esq.            Michael F. Bohn, Esq.

12  2901 El Camino Ave., #200       2260 Corporate Circle, Suite 480
    Las Vegas, NV 89102           Henderson, Nevada 89074

13  (702) 248-3000              (702) 642-3113
    Attorney for Plaintiff           Attorney for Defendant

14

15

16                  **ORDER**

17       IT IS SO ORDERED.

18

19

20   _____
     UNITED STATES MAGISTRATE JUDGE

21

22       DATED: May 2, 2024

23

24

25

26

27

28                 2       foster.federalcourt.stip04.24.mw.wpd